**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*4:34 pm, Nov 16, 2023*
**JEFFREY P. COLWELL, CLERK**

**Maverick A. Young**
**"M.A.Y."**
**ACP Colorado**
1001 E 62nd St.
Apt. 1695
Denver, CO
80216
**Email: mavalexyoung@mail.com**

11/16/2023

Clerk of Court
Byron G. Rogers Courthouse
1929 Stout Street
Denver, CO 80294

Colorado Real Estate Commission
1560 Broadway, Suite 925
Denver, CO 80202

### Formal Complaint Against Colorado Realtors for Civil Rights Violations and Misuse of ACP Colorado IDs

Dear Colorado Real Estate Commission,

I am writing to formally submit a complaint against certain realtors in Colorado, alleging civil rights violations and misuse of ACP (Address Confidentiality Program) Colorado IDs. These actions indicate a concerning level of corruption within the real estate industry.

### Parties:

Complainant: Maverick A. Young Respondent: Colorado Real Estate Commission

### Allegations:

Discriminatory Practices: Certain realtors in Colorado have engaged in discriminatory practices by requiring proof of funds specifically from wealthy buyers. This practice unfairly targets individuals based on financial status, potentially violating civil rights regulations.

Overstepping Authority: Realtors must be qualified to assess a buyer's financial qualifications. Requiring proof of funds without proper expertise may lead to potential inaccuracies and could result in the exclusion of qualified buyers based on arbitrary criteria.

Potential Civil Rights Violations: Requiring proof of funds from wealthy buyers, without a similar requirement for other buyers, may violate civil rights regulations, including but not limited to the Fair Housing Act.

Misuse of ACP Colorado IDs: There have been instances where realtors have denied the use of ACP Colorado IDs, further indicating misuse of confidential information and potentially compromising the safety of individuals participating in the Address Confidentiality Program.

**Request for Relief:**

I respectfully request the following actions:

Investigation: Conduct a thorough investigation into the practices of the identified realtors to determine the extent of discriminatory actions and misuse of ACP Colorado IDs.

Cease and Desist Order: Issue a cease and desist order against the realtors engaged in discriminatory practices, instructing them to refrain from requiring proof of funds from specific buyer groups and to respect the use of ACP Colorado IDs.

Educational Programs: Implement educational programs for realtors to ensure they are aware of fair housing laws and regulations, emphasizing the prohibition of discriminatory practices based on financial status and the proper use of ACP Colorado IDs.

Civil Rights Training: Require real estate professionals to undergo civil rights training to enhance their understanding of fair housing laws and to prevent future violations, including the misuse of confidential information.

Penalties: Impose appropriate penalties on realtors found guilty of discriminatory practices and misuse of ACP Colorado IDs, as per the severity of their actions.

Verification:

Under penalty of perjury, I solemnly affirm that the above statements are true and accurate to the best of my knowledge.

Sincerely,
**Maverick Alexander Young**
**Protected WITSEC Informant**